# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**RICHARD B. LAY (#110315)**  CIVIL ACTION NO.

**VERSUS**  20-94-JWD-SDJ

**LOUISIANA PAROLE BOARD
MEMBERS, ET AL.**

### JUDGMENT

For the written reasons assigned,

**IT IS HEREBY ORDERED** that the above-captioned proceeding is **DISMISSED, WITHOUT PREJUDICE**.

Signed in Baton Rouge, Louisiana, on August 21, 2020.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**